# File Hashes for IP Address 96.241.136.45

**ISP:** Verizon FiOS
**Physical Location:** Woodbridge, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/18/2014 19:47:30 | 811E92CD5E2832F8F939DEACA414D51BCD0D22C6 | Just Natalia |
| 11/16/2014 01:07:59 | D33DDC5AFF9C4FC2242A5F677EB34C5023B1B1BE | Spellbound |
| 11/14/2014 07:45:35 | 7F3928353CB9471449C440DCC80607C30CEE40E6 | Deep Down In Me |
| 11/12/2014 00:43:29 | FC11782B70AA7239F0BA40589D6B845E5722192C | Summertime |
| 11/01/2014 17:35:39 | B2BE8CED9707899AAF5C35F69A38200723690B60 | Sunset Memories |
| 10/24/2014 23:11:18 | 07D2B5F0A3C56E400A6D71B8ABAE2AE7E7D4DED9 | Still With Me |
| 10/24/2014 15:44:59 | 85957A8702E1D45316CC325868D40DDA1326F63F | A Cloudy Hot Day |
| 10/17/2014 19:39:41 | C0B86C1460607B1E0A920ED2A097B430E6C58471 | Double Oh Heaven |
| 10/17/2014 19:37:07 | A1BBD9548A03C53E0F5D32BF2479BF9178CCBD2E | Spanish Heat |
| 09/30/2014 21:12:51 | 4DAE1F79BDC6E97CA750ECCAB188554D9F397709 | Sparks |
| 08/16/2014 07:50:23 | 4AF5B7A945F14CCEAF6B0BBD3DE1676163E2A041 | Thunderstorm Love |
| 08/13/2014 15:23:37 | AE39BB805BC77C2091586ABBF9969875054EC6C0 | For Your Eyes Only |
| 07/29/2014 02:19:11 | 219F3C676427D47A0AFD296992A3DBEBEC81068C | Highrise Rendezvous |
| 07/17/2014 13:54:01 | BC595F75F5D2747F382B845C19F4D51CCCCB5A1F | All Tied Up |
| 07/17/2014 12:54:27 | 88F1EBB6C77AA64D4560D42C6ED7A50580869705 | Yours Forever |
| 07/12/2014 15:57:23 | 9B18995FF4BF5957CB9CB3A4E3119A82475181C3 | Cut Once More Please |
| 07/02/2014 04:02:24 | 742320B263F71DF6392F26BE6F75CBFC82688AD8 | Sexy In The City |
| 06/23/2014 03:40:53 | 6E7102974A414617BB8B253010038E86E3C4B93D | Coming Late |
| 06/14/2014 05:41:26 | 0B5C207CAA91DB10BBB1576B87B7DB6759D7DCE7 | Go Down On Me |
| 06/03/2014 19:53:30 | A116F9B14751F269A4275576C3B66FA326B10291 | Hot Orgasm |
| 06/03/2014 19:50:18 | 28D254BBB8DF3F45585100E8DD4C71653F8F0F44 | From Three to Four Part 2 |
| 06/01/2014 14:04:21 | 0FB575065A7682EE9118364408734C4A49FEE3B8 | Just Watch Part 2 |

EXHIBIT A

EVA160

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/23/2014 17:46:50 | A5850C3A6470BB08C05CF823750ECF3A817686EA | Two By Two |
| 05/14/2014 13:18:27 | 70096782852F9ECDC39E57E98DC415B1C1721071 | Rope Priority |
| 05/14/2014 12:45:35 | 7476A27C412142B3B4F7488774E082B016CB548A | A Thought of You Part 2 |
| 05/08/2014 09:32:48 | 1C6E94DDFA6DFEBA94FAABFEB47C3EA77530E4D9 | Perfect Timing |

**Total Statutory Claims Against Defendant: 26**

EXHIBIT A

EVA160